1  LYNN HUBBARD III, SBN 69773
2  SCOTTLYNN J HUBBARD IV, SBN, 212970
   **DISABLED ADVOCACY GROUP, APLC**
3  12 WILLIAMSBURG LANE
   CHICO, CA 95926
4  Telephone:  (530) 895-3252
   Facsimile:   (530) 894-8244

5  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA


| LARRY McIVER, | Case No. 08cv0695 H (POR) |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| S.B. RESTAURANT CO., et al., | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES:

2      Plaintiff, LARRY McIVER, hereby requests that purusant to FRCP 41 (a)(1),
3  the Court dismiss the above entitled action, with prejudice, **as to defendant**
4  **GUARANTY BANK** *only*.

5      Nothing in this request shall be construed to affect plaintiff's complaint and
6  claims in the above referenced case against defendants other than defendant
7  GUARANTY BANK

Dated: May 19, 2008        DISABLED ADVOCACY GROUP, APLC

                                */s/ Lynn Hubbard, III, Esquire*
                                LYNN HUBBARD, III
                                Attorney for Plaintiff Larry McIver