# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY MCIVER,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>S.B. RESTAURANT CO., doing business as Elephant Bar Restaurant; GUARANTY BANK,<br><br>　　　　　　　　　Defendants. | CASE NO. 08-CV-0695-H (POR)<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT GUARANTY BANK WITH PREJUDICE |

On May 19, 2008, plaintiff Larry McIver filed a notice of voluntary dismissal asking the Court to dismiss defendant Guaranty Bank with prejudice. (Doc. No. 6.) Guaranty Bank has not appeared in this action. The Court grants the request and dismisses the claims against Guaranty Bank with prejudice. This order does not affect the claims as they relate to any other defendant.

IT IS SO ORDERED.

DATED: May 20, 2008

　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.