1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10   LARRY McIVER,                          | Civil No.    08cv0695-H (POR)

11                              Plaintiff,  | **ORDER FOLLOWING EARLY**
                                            | **NEUTRAL EVALUATION AND**
12              v.                          | **SCHEDULING SETTLEMENT**
                                            | **DISPOSITION CONFERENCE**
13   S. B. RESTAURANT CO. dba ELEPHANT
     BAR RESTAURANT; GUARANTY BANK,
14                              Defendant.

15

16          On July 3, 2008, the Court held an Early Neutral Evaluation.  Appearing before the Court

17   were Lynn Hubbard, Esq., counsel for Plaintiff; Plaintiff Lawrence McIver; Gary Angotti, Esq.,

18   counsel for Defendant; and Denise Rapoya, a representative of Defendant S.B. Restaurant Co. dba

19   Elephant Bar Restaurant.  The case settled.  Accordingly, IT IS HEREBY ORDERED:

20          1.      A Joint Motion for Dismissal shall be submitted to the Honorable Marilyn L. Huff on

21                  or before **August 1, 2008.**  A courtesy copy shall be delivered to the chambers of the

22                  Honorable Louisa S Porter by fax to (619) 702-9925 or email to

23                  efile_porter@casd.uscourts.gov.

24          2.      If a Joint Motion for Dismissal is not submitted on or before August 1, 2008, then a

25                  Settlement Disposition Conference shall be held on **August 4, 2008,** at **9:30 a.m.**

26                  before Judge Porter.  The conference shall be telephonic, with attorneys only.

27                  Plaintiff's counsel shall initiate and coordinate the conference call.

28          3.      If a Joint Motion for Dismissal is received on or before August 1, 2008, the

                                            - 1 -                          08cv0695-H (POR)

Settlement Disposition Conference shall be VACATED without further court order.

DATED:  July 4, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc:     The Honorable Marilyn L. Huff
        all parties

08cv0695-H (POR)