1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Fax:       (530) 894-8244

5  Attorneys for Plaintiff

6

7  GARY ANGOTTI, SBN:75709
   **THARPE & HOWELL**
   600 West Santa Ana Blulevard, Suite 705
8  Santa Ana, CA 92701
   Telephone: (714) 437-4900
9  Fax:       (714) 437-7997

10 Attorney for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER, | Case No. 08cv0695 H (POR) |
| Plaintiff, | |
| v. | **JOINT MOTION FOR DISMISSAL** |
| S. B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT; GUARANTY BANK, | |
| Defendants. | |

PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is hereby jointly requested, by Plaintiff, LARRY McIVER, and Defendants, S. B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT; that this Court enter a dismissal with prejudice of Plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41.

The dismissal with prejudice shall dismiss the action in its entirety.

Dated: August 1, 2008        DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard III, Esq.
LYNN HUBBARD, III Esq.
Attorney for Plaintiff

Dated: August 1, 2008        THARPE & HOWELL

/s/ Gary L. Angotti. Esq.
GARY L. ANGOTTI. Esq.
Attorney for Defendants

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF BUTTE

I, Lynn Hubbard III, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

On August 1, 2008, I caused to be served the document(s) described as: **JOINT MOTION FOR DISMISSAL** on the interested parties in this action as follows:

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF filing system under the above referenced case number and case caption on this date in the following manner:

The following is a procedure in which service of this document was effected:

(xx) ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.

( ) OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

( ) FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.

( ) PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 1, 2008        /s/ Lynn Hubbard, III
                             Lynn Hubbard, III