UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>    Plaintiff,<br><br>v.<br><br>S. B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT; GUARANTY BANK,<br><br>    Defendants. | Case No. 08-CV-695 H (POR)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

The Court for good cause shown grants the parties' joint motion to dismiss pursuant to Rule 41 of the Federal Rules of Civil Procedure. (Doc. No. 11.) Accordingly, this action is dismissed with prejudice in its entirety.

Dated: August 4, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT